IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff**,** <br><br> v. <br><br> MICHAEL EARL JAMES, <br><br> Defendant. | **ORDER** <br><br> Case No. 4:24-cr-00088-RJS <br><br> Chief Judge Robert J. Shelby <br><br> Magistrate Judge Paul Kohler |

Now before the court is Defendant's Motion for *Franks* Hearing.[1] "Under *Franks*, a Fourth Amendment violation occurs if '(1) an officer's affidavit supporting a search warrant application contains a reckless misstatement or omission that (2) is material because, but for it, the warrant could not have lawfully issued.'"[2] A defendant is entitled to a "hearing on the veracity of the affidavit supporting a warrant . . . if the defendant makes a substantial [preliminary] showing that the affidavit contains intentional or reckless false statements and if the affidavit, purged of its falsities, would not be sufficient to support a finding of probable cause."[3] "A substantial preliminary showing requires more than mere allegations of defects in a warrant. A defendant must produce evidence of the complained-of defects by offering affidavits or sworn or otherwise reliable statements of witnesses."[4]

---

[1] Dkt. 40 (invoking *Franks v. Delaware*, 438 U.S. 154 (1978)).

[2] *United States v. Moses*, 965 F.3d 1106, 1110 (10th Cir. 2020) (citations omitted).

[3] *United States v. Kennedy*, 131 F.3d 1371, 1376 (10th Cir. 1997) (citations omitted).

[4] *Moses*, 965 F.3d at 1110 (citation modified).

The court finds Defendant has made an adequate preliminary showing the warrant contains reckless or intentional misstatements or omissions material to the probable cause determination. Accordingly, the court GRANTS the Motion[5] and ORDERS as follows:

- An evidentiary hearing shall be held on August 20, 2025, at 10:00 AM in courtroom 2B to determine *Franks* issues;
- The parties shall meet and confer to discuss which witnesses will appear;
- If appropriate, a briefing schedule and merits hearing shall be set at a later date.

SO ORDERED this 8th day of August 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[5] Dkt. 40.